FILED
JUL 22 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. **4:20CR00355 SEP/NAB** |
| v. ) | |
| CHRISTIAN HOCK, ) | |
| Defendant. ) | |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with:

(a) an offense for which a mandatory term of imprisonment of five years is prescribed, as set forth in Title 18, United States Code, Section 2252A(a)(1) (distribution of child pornography);

(b) an offense in violation of Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography).

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will

reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

    3.       The defendant is a threat to the community. In August and September of 2018, the defendant purchased child pornography online on numerous different occasions. In February of 2020, law enforcement officers made contact with the defendant and, after examining his Samsung cell phone, discovered that the defendant had sent several videos depicting child pornography to others. Officers also discovered that he had recently engaged in communications with others discussing his desire to kidnap and rape young boys. In May 2020, law enforcement officers again made contact with the defendant and discovered that he had a new cell phone that contained hundreds of images and videos of child pornography, including those that he was sending to others.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

                                                                             Respectfully submitted,

                                                                             JEFFREY B. JENSEN
                                                                             United States Attorney

                                                                         */s/ Kyle T. Bateman*
                                                                         KYLE T. BATEMAN, #996646(DC)
                                                                         Assistant United States Attorney
                                                                         111 South 10th Street, Rm. 20.333
                                                                         St. Louis, Missouri 63102
                                                                         kyle.bateman@usdoj.gov
                                                                         314-539-2200