IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:20CR00355 SEP/NAB ) |
| CHRISTIAN HOCK, | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE**

COMES NOW defendant Christian Hock, by and through counsel, Assistant Federal Public Defender Tara Crane, and moves this Court to amend his conditions of release. In support of this motion, counsel states the following:

1. Defendant is currently on Home Detention and is being supervised by the Pretrial Services Office.

2. One of the conditions of Mr. Hock's release was to: remove all personal internet accessible devices from the residence. No Internet or computer access. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to wireless fidelity (WiFi) connections.

3. At the time of his arrest for the current charge, Mr. Hock was employed but shortly thereafter lost his job.

4. Mr. Hock recently found new employment starting October 1, 2020, with Amazon where he will be working in the warehouse facility.

5. Prior to his starting date, Mr. Hock must complete an online orientation which will

   take approximately 2 to 4 hours.

6. Mr. John Hock, defendant's father, will supervise the defendant on John Hock's computer to facilitate the online orientation course for the defendant's new employment.

7. Defendant therefore requests that he be allowed access to a computer at his father's home prior to October 21, 2020, in order to complete the online orientation for his new employment.

WHEREFORE, for the reasons stated above, defendant requests the conditions of his release be amended to allow computer access for this brief period of time.

Respectfully submitted,

/s/ Tara Crane\_\_\_\_
TARA CRANE #52206 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Tara_Crane@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Kyle Bateman, Assistant United States Attorney.

/s/ Tara Crane\_\_\_\_\_
TARA CRANE
Assistant Federal Public Defender