IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 4:20 CR 355 SEP/NAB |
| vs. ) | |
| CHRISTIAN HOCK, ) | |
| Defendant. ) | |

**ORDER**

On August 18, 2020, the undersigned released Defendant on a personal recognizance Appearance Bond pursuant to an Order Setting Conditions of Release.  [Docs. 21 & 22.]  This matter is now before the undersigned on Defendant's Motion to Amend Conditions of Release [Doc. 26], filed October 9, 2020, in which Defendant requested that his conditions of release be modified to allow him to complete a two-to-four-hour online employment orientation under the supervision of his father, Mr. John Hock.

For the reasons stated in Defendant's motion, and after conferring with Defendant's supervising pretrial services officer, I will GRANT Defendant's request.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Amend Conditions of Release [Doc. 26] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release dated August 18, 2020 [Doc. 22], is hereby modified as follows:

1. Defendant may be allowed access to a computer at his father's home, and under his father's supervision, prior to October 21, 2020, in order to complete the online orientation for his new employment.

**IT IS FINALLY ORDERED** that, except as modified by this Order, all other conditions of release remain in full force and effect.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of October, 2020.